U.S. COURTS

APR 11 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Stephen Hendricks
         Plaintiff,

vs.

US Government

         Defendant.

Case No. 1:19-CV-123-CWD

**COMPLAINT**
**(28 U.S.C. § 1331: federal question)**

Jury Trial Requested ___ yes __X__ no

## 1. JURISDICTION

Jurisdiction in this case is based on a federal question (meaning that this suit is based upon a federal statute or provision of the United States Constitution):

    [X] Federal Statute: 28 USCS 171 s 7634 C6482 st 983: 32 USCS: 28 USCS ss 1356 135(a) and 1941
    [ ] United States Constitution
    [ ] And a state law claim under the Court's supplemental jurisdiction authority.

## 2. PLAINTIFF

My name is **Stephen Craig Hendricks**. I am a citizen of the State of **IDAHO**,

presently residing at **7089 Whitley Dr. Fruitland, Idaho 83619**.

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing  United States Government  , who was acting as _____
            *(Defendant)*                                   *(if applicable: job title, if a person; function, if an entity)*

for the _____.
*(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on  11/24/2014  , Defendant
                                                        *(dates)*

did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Failed to provide timely and necesary medical care. Denial of care as evidenced by Veterans administration files and notes contained in VA tort Claim 021B:

GCL 8988    Which was denied and Appeal Denied    Tolling applied for as Dept. of Veterans Affairs refused to release medical records in a timely fashion.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

28 USCS 171 s 7634 c642 st93  32USCS

D. I allege that I suffered the following injury or damages as a result:

loss of use of right leg for in excess of 12 months, damage to right elbow, damage to right shoulder to the extent that full replacement was deemed necessary.

E. I seek the following relief:  Remuneration in the sum of $250,000 (Two Hundred Fifty Thousand dollars) per incident, as is the maximum allowed

by Idaho State Cap. I also request an formal apology from Senator Risch of Idaho for summarily dismissing my concerns and failing to pursue my request for assistance.

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at  Boise, Idaho  on  4/11/2019  .
     (Location)       (Date)

*Stephen C Hendricks* [Verified by PDFfiller 04/11/2019]
Plaintiff's Original Signature